**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cincinnati 926 Hotel, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Terrace Plaza Hotel** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2423847** |

4. **Debtor's address**

**Principal place of business**

**600 Vine St., Ste. 2800**
**Cincinnati, OH 45202**
Number, Street, City, State & ZIP Code

**Hamilton**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**15 W. 6th St. Cincinnati, OH 45202**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor     **Cincinnati 926 Hotel, LLC**

Name                                                                                    Case number (*if known*)

---

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

---

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | |
|---|---|---|---|---|
| District | **Southern District of Ohio** | When | **9/14/15** | Case number **15-13524** |
| District | | When | | Case number |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship to you |
| District | | When | | Case number, if known |

---

Debtor    **Cincinnati 926 Hotel, LLC**    Case number (if known) _____
          Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Municipal ordinance violations need to be addressed**

**Where is the property?**    **15 W. 6th St.**
                             **Cincinnati, OH, 45202-0000**
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **Marsh & McLennan Agency LLC**
          Contact name        **Rachel.Flischel@mma-mw.com**
          Phone               **513-338-5767**

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Cincinnati 926 Hotel, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 10, 2016**
 MM / DD / YYYY

X **/s/ Alan G. Friedberg**                                        **Alan G. Friedberg**
 Signature of authorized representative of debtor        Printed name

Title   **Member**

---

**18. Signature of attorney**

X **/s/ David L. Stevens**                              Date   **March 10, 2016**
 Signature of attorney for debtor                                MM / DD / YYYY

**David L. Stevens**
Printed name

**Scura, Wigfield, Heyer & Stevens, LLP**
Firm name

**1599 Hamburg Turnpike**
**Wayne, NJ 07470**
Number, Street, City, State & ZIP Code

Contact phone   **973-696-8391**        Email address   **dstevens@scura.com**

**034422007 NJ**
Bar number and State

Debtor    **Cincinnati 926 Hotel, LLC** _____    Case number (*if known*) _____
Name

---

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    **Alan G. Friedberg** _____
          First Name        Middle Name        Last Name

Debtor 2   _____
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number   _____
(if known)

☐ Check if this is an
   amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Alan G. Friedberg** | | | Relationship to you | **Affiliate** |
| District | **District of New Jersey** | When | **4/01/15** | Case number, if known | **15-15934** |
| Debtor | **Cincinnati Terrace Plaza Retail, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of New Jersey** | When | **2/25/16** | Case number, if known | **16-13384** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cincinnati 926 Hotel, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A1 Sprinkler 2383 Northpointe Dr. Anna, OH 45302** | | | | | | **$6,515.00** |
| **Ameet Patil** | | | | | | **$18,000.00** |
| **American Scaffolding, Inc. PO Box 58145 Cincinnati, OH 45258** | | | | | | **$19,548.07** |
| **Brian Friedberg** | | | | | | **$55,125.00** |
| **Chemtreat, Inc.** | | | | | | **$1,403.82** |
| **Cincinnati Temp. Labor, Inc. 1109 Vine St. Cincinnati, OH 45202** | | **15 W. 6th St., Cincinnati, OH 45202** | | **$17,000.00** | **$2,400,000.00** | **$17,000.00** |
| **CoolCo 5 Horizon Rd. Fort Lee, NJ 07024** | | | | | | **$1,011,146.51** |
| **David Teska** | | | | | | **$1,470.00** |
| **Duke Energy 526 S. Church St. Charlotte, NC 28202** | | | | | | **$19,377.88** |
| **Greater Cincinnati Waterworks 4747 Spring Grove Ave. Cincinnati, OH 45232** | | | | | | **$5,473.25** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | Cincinnati 926 Hotel, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hopson & Associates, PC 452 Rockford Pass S Marietta, GA 30064 | | | | | | $42,110.50 |
| Jeff Miller 15 W. 6th St. Cincinnati, OH 45202 | | 15 W. 6th St., Cincinnati, OH 45202 | | $24,000.00 | $2,400,000.00 | $24,000.00 |
| Madison Realty Investments, Inc. J&C Bldg. - 3rd Fl. Tortola, BVI VG1110 | | 15 W. 6th St., Cincinnati, OH 45202 | | $5,375,915.00 | $2,400,000.00 | $3,420,253.00 |
| Ohio Bureau of Worker's Compensation PO Box 89492 Cleveland, OH 44101 | | 15 W. 6th St., Cincinnati, OH 45202 | | $4,928.63 | $2,400,000.00 | $4,928.63 |
| Otis Elevator One Farm Springs Farmington, CT 06032 | | | | | | $9,363.00 |
| Riverside Interiors Construction Corp. 88 Rock Hill Dr. Rock Hill, NY 12775 | | 15 W. 6th St., Cincinnati, OH 45202 | | $483,238.00 | $2,400,000.00 | $483,238.00 |
| Road to Safety 701 US 50 - Ste. D Milford, OH 45150 | | | | | | $2,400.00 |
| Rumpke Debris Containers 10795 Hughes Road Attn: Bankruptcy Cincinnati, OH 45251 | | | | | | $14,557.00 |
| Schaefer 10411 Medallion Drive - Ste. 121 Cincinnati, OH 45241 | | | | | | $1,372.00 |
| Ulmer Berne, LLP 600 Vine St. Ste. 2800 Cincinnati, OH 45202 | | | | | | $128,382.60 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cincinnati 926 Hotel, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**    **Cincinnati Temp. Labor, Inc.**
Creditor's Name

**1109 Vine St.**
**Cincinnati, OH 45202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hamilton County Ohio Treasurer's Office**
**2. Madison Realty Investments, Inc.**
**3. Ohio Bureau of Worker's Compensation**
**4. Cincinnati Temp. Labor, Inc.**
**5. Riverside Interiors Construction Corp.**
**6. Jeff Miller**

**Describe debtor's property that is subject to a lien**
**15 W. 6th St., Cincinnati, OH 45202**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$17,000.00**    Value of collateral: **$2,400,000.00**

**2.2**    **Hamilton County Ohio Treasurer's Office**
Creditor's Name

**County Administration Building**
**138 E. Court St. - Room 402**
**Cincinnati, OH 45202**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**15 W. 6th St., Cincinnati, OH 45202**

**Describe the lien**

Amount of claim: **$444,338.00**    Value of collateral: **$2,400,000.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cincinnati 926 Hotel, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Jeff Miller** | Describe debtor's property that is subject to a lien | $24,000.00 | $2,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **15 W. 6th St., Cincinnati, OH 45202** | | |

**15 W. 6th St.
Cincinnati, OH 45202**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Madison Realty Investments, Inc.** | Describe debtor's property that is subject to a lien | $5,375,915.00 | $2,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **15 W. 6th St., Cincinnati, OH 45202** | | |

**J&C Bldg. - 3rd Fl.
Tortola, BVI VG1110**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cincinnati 926 Hotel, LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ohio Bureau of Worker's Compensation** | Describe debtor's property that is subject to a lien | $4,928.63 | $2,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 89492
Cleveland, OH 44101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Riverside Interiors Construction Corp.** | Describe debtor's property that is subject to a lien | $483,238.00 | $2,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**88 Rock Hill Dr.
Rock Hill, NY 12775**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,349,419.63 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Debtor   **Cincinnati 926 Hotel, LLC**
_____
Name

Case number (if know) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lawrence C. Baron, Esq.**<br>**230 E. 9th St., Ste. 4000**<br>**Cincinnati, OH 45202** | Line **2.2** | |
| **Madison Realty Investments, Inc**<br>**c/o Michael A. Garlasco, Esq.**<br>**7 West 7th St., Ste 1400**<br>**Cincinnati, OH 45202** | Line **2.4** | |
| **Stephen E. Imm, Esq.**<br>**Katz, Greenberger & Norton, LLP**<br>**105 E. 4th St., Ste. 400**<br>**Cincinnati, OH 45202** | Line **2.1** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 4 of 4

---

**Fill in this information to identify the case:**

Debtor name **Cincinnati 926 Hotel, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A1 Sprinkler**<br>**2383 Northpointe Dr.**<br>**Anna, OH 45302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $6,515.00 |
|---|---|---|---|
| | Date or dates debt was incurred _____<br><br>Last 4 digits of account number _____ | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Ameet Patil** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $18,000.00 |
|---|---|---|---|
| | Date or dates debt was incurred _____<br><br>Last 4 digits of account number _____ | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $19,548.07 |
|---|---|---|---|

---

Debtor    **Cincinnati 926 Hotel, LLC**                          Case number (if known) _____
_____
Name

**American Scaffolding, Inc.**
**PO Box 58145**
**Cincinnati, OH 45258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                              ☐ Yes

---

3.4

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
**AmQuip Crane Retail, LLC**    Check all that apply.
**PO Box 782945**    ☐ Contingent
**Philadelphia, PA 19178**    ☐ Unliquidated
                              ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                              ☐ Yes

---

3.5

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$55,125.00**
**Brian Friedberg**    Check all that apply.
                      ☐ Contingent
                      ☐ Unliquidated
                      ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                              ☐ Yes

---

3.6

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$1,403.82**
**Chemtreat, Inc.**    Check all that apply.
                      ☐ Contingent
                      ☐ Unliquidated
                      ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                              ☐ Yes

---

| Debtor | **Cincinnati 926 Hotel, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Cincinnati Bell**
**c/o Ciniti Preservation Assn**
**15 W. 6th Fl. 1**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**$914.52**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**CoolCo**
**5 Horizon Rd.**
**Fort Lee, NJ 07024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**$1,011,146.51**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Credit Mediation, Inc.**
**PO Box 456**
**Upper Darby, PA 19082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**$1,236.62**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**David Teska**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**$1,470.00**

---

| Debtor | **Cincinnati 926 Hotel, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,377.88** |
|---|---|---|
| **Duke Energy** | *Check all that apply.* | |
| **526 S. Church St.** | ☐ Contingent | |
| **Charlotte, NC 28202** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.12**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,473.25** |
|---|---|---|
| **Greater Cincinnati Waterworks** | *Check all that apply.* | |
| **4747 Spring Grove Ave.** | ☐ Contingent | |
| **Cincinnati, OH 45232** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.13**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$42,110.50** |
|---|---|---|
| **Hopson & Associates, PC** | *Check all that apply.* | |
| **452 Rockford Pass S** | ☐ Contingent | |
| **Marietta, GA 30064** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.14**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$303.50** |
|---|---|---|
| **M&L Mechanical 23, Inc.** | *Check all that apply.* | |
| **2892 Jackson Pike** | ☐ Contingent | |
| **Batavia, OH 45103** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Cincinnati 926 Hotel, LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $272.76 |

**Ohio Dept. of Taxation**
**PO Box 15675**
**Columbus, OH 43216**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $9,363.00 |

**Otis Elevator**
**One Farm Springs**
**Farmington, CT 06032**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | | $2,400.00 |

**Road to Safety**
**701 US 50 - Ste. D**
**Milford, OH 45150**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | | $14,557.00 |

**Rumpke Debris Containers**
**10795 Hughes Road**
**Attn: Bankruptcy**
**Cincinnati, OH 45251**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Cincinnati 926 Hotel, LLC**                              Case number *(if known)* _____
              Name

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                                      ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,372.00 |
|------|------|------|------|

**Nonpriority creditor's name and mailing address**
**Schaefer**
**10411 Medallion Drive - Ste. 121**
**Cincinnati, OH 45241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,372.00

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                                      ☐ Yes

---

3.20    **Nonpriority creditor's name and mailing address**
**Trainon, LLC**

**600 Vine St., Ste. 400**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                                      ☐ Yes

---

3.21    **Nonpriority creditor's name and mailing address**
**Ulmer Berne, LLP**
**600 Vine St. Ste. 2800**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128,382.60

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                                      ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees
of claims listed above, and attorneys for unsecured creditors.

Debtor    **Cincinnati 926 Hotel, LLC**    Case number (if known)
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.



| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,338,972.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,338,972.03 |

# United States Bankruptcy Court
## District of New Jersey

In re   **Cincinnati 926 Hotel, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 10, 2016**

**/s/ Alan G. Friedberg**

**Alan G. Friedberg/Member**

Signer/Title

A1 Sprinkler
2383 Northpointe Dr.
Anna, OH 45302


Ameet Patil


American Scaffolding, Inc.
PO Box 58145
Cincinnati, OH 45258


AmQuip Crane Retail, LLC
PO Box 782945
Philadelphia, PA 19178


ATT&T Resource Management
131 Morristown Road
Basking Ridge, NJ 07920


Bedrock Hospitality, Inc.
600 Vine St., Ste. 2800
Cincinnati, OH 45202


Brian Friedberg


Chemtreat, Inc.


Cincinnati 926 Office, LLC
600 Vine St., Ste. 2800
Cincinnati, OH 45202


Cincinnati Bell
c/o Ciniti Preservation Assn
15 W. 6th Fl. 1
Cincinnati, OH 45202


Cincinnati Holding Co., LLC
c/o David S. Blessing
119 E. Court St., Ste. 500
Cincinnati, OH 45202

Cincinnati Temp. Labor, Inc.
1109 Vine St.
Cincinnati, OH 45202


Cincinnati Terrace Plaza Retail, LLC
600 Vine St., Ste. 2800
Cincinnati, OH 45202


City of Cincinnati
c/o City Solicitor
Cincinnati City Hall
801 Plum St.
Cincinnati, OH 45202


CoolCo
5 Horizon Rd.
Fort Lee, NJ 07024


Credit Mediation, Inc.
PO Box 456
Upper Darby, PA 19082


David Teska


Duke Energy
526 S. Church St.
Charlotte, NC 28202


Greater Cincinnati Waterworks
4747 Spring Grove Ave.
Cincinnati, OH 45232


Hamilton County Ohio Treasurer's Office
County Administration Building
138 E. Court St. - Room 402
Cincinnati, OH 45202


Hopson & Associates, PC
452 Rockford Pass S
Marietta, GA 30064


Jeff Miller
15 W. 6th St.
Cincinnati, OH 45202

Joseph C. Neff, Esq.
Assistant City Solicitor
801 Plum St. - Room 214, City Hall
Cincinnati, OH 45202


Kevin R. Feazell, Esq.
Cors & Bassett, LLC
537 E. Pete Rose Way, Ste. 400
Cincinnati, OH 45202


Kostandinos Batsakes dba Batsakes
1 W. 6th St.
Cincinnati, OH 45202


Lawrence C. Baron, Esq.
230 E. 9th St., Ste. 4000
Cincinnati, OH 45202


M&L Mechanical 23, Inc.
2892 Jackson Pike
Batavia, OH 45103


Madison Realty Investments, Inc
c/o Michael A. Garlasco, Esq.
7 West 7th St., Ste 1400
Cincinnati, OH 45202


Madison Realty Investments, Inc.
J&C Bldg. - 3rd Fl.
Tortola, BVI VG1110


No Choi dba H&D Beauty Supply
28 W. 6th St.
Cincinnati, OH 45202


Ohio Bureau of Worker's Compensation
PO Box 89492
Cleveland, OH 44101


Ohio Dept. of Taxation
PO Box 15675
Columbus, OH 43216

Oliveye Hotel Limited Partnership
c/o National Registered Agent, Inc.
1300 E. 9th St.
Cleveland, OH 44114


Otis Elevator
One Farm Springs
Farmington, CT 06032


Prodigy Properties, LLC
c/o Roetzel & Andress, LPA
One SeaGate, Ste. 1700
Toledo, OH 43604


Riverside Interiors Construction Corp.
88 Rock Hill Dr.
Rock Hill, NY 12775


Road to Safety
701 US 50 - Ste. D
Milford, OH 45150


Rumpke Debris Containers
10795 Hughes Road
Attn: Bankruptcy
Cincinnati, OH 45251


Schaefer
10411 Medallion Drive - Ste. 121
Cincinnati, OH 45241


Sixth Street Cincinnati Assoc., LLC
c/o Bumbergexcelsior Corporate Services
555 5th Ave, 11th Fl.
New York, NY 10017


State of Ohio
c/o Ohio Attorney General
30 East Broad St., 14th Fl.
Columbus, OH 43215


State of Ohio Dept. of Job & Family Serv
c/o Ohio Attorney General
30 E. Broad St. 17th Fl.
Columbus, OH 43215

Stephen E. Imm, Esq.
Katz, Greenberger & Norton, LLP
105 E. 4th St., Ste. 400
Cincinnati, OH 45202


Terrace Condominium Association
600 Vine St. Ste. 2800
Cincinnati, OH 45202


Trainon, LLC
600 Vine St., Ste. 400
Cincinnati, OH 45202


Ulmer Berne, LLP
600 Vine St. Ste. 2800
Cincinnati, OH 45202


Vine Street News, Inc.
c/o Incorp. Services, Inc.
9435 Waterstone Blvd, Ste. 140
Cincinnati, OH 45249